IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

TRACY L. STEWART,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

6:22-cv-00065-MK

## ORDER FOR EAJA FEES

Based upon the Stipulation of the parties and the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby ordered that EAJA attorney's fees of $8,205.99 and expenses in the amount of $18.39 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to the Olinsky Law Group, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any costs may be paid either by electronic fund transfer (EFT) or by check. Any check for EAJA fees shall be mailed to Plaintiff's counsel at the following address:

**Olinsky Law Group**
**250 South Clinton St., Suite 210**
**Syracuse, NY 13202**

DATED this 8th day of August 2023.

                              s/ Mustafa T. Kasubhai
                              MUSTAFA T. KASUBHAI (He / Him)
                              United States Magistrate Judge

1
2
3   Presented by:
4
    By: */s/Edward A. Wicklund*
5   Edward A. Wicklund
    Admitted Pro Hac Vice
6   Olinsky Law Group
7
    *s/ Jeremy L. Bordelon*
8   Jeremy L. Bordelon, Esq.
    Oregon State Bar No.: 160789
9   Local Counsel
    Evergreen Disability Law
10  465 NE 181st Avenue, No. 500
    Portland, OR 97230
11  Telephone: 503-836-1036
    Facsimile: 503-836-1870
12  Email: jeremy@evergreendisability.com
13
14  Attorneys for Plaintiff
15
16
17
18
19
20
21
22
23
24
25

250 South Clinton Street, Suite 210
Syracuse, NY 13202

ORDER FOR EAJA FEES AND EXPENSES
3:22-cv-00081-JR - 2